6-638758
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------X
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

                          Plaintiff,

        - against -                              CIVIL COMPLAINT
                                                 IN ADMIRALTY
GTS CARGO, INC., ERICK SEVERI
CICALA, and OLGA VALDES,

                          Defendants.
-------------------------------------------------X

        Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S,
by its attorneys, WALTON LANTAFF SCHROEDER & CARSON, as and for its
Complaint against defendants GTS CARGO, INC., ERICK SEVERI CICALA, and
OLGA VALDES ,in personam, in a cause of action civil and maritime, alleges
upon information and belief:

        1.  This is an admiralty and maritime claim within the meaning of
Rule 9(h) of the Federal Rules of Civil Procedure, and the Shipping Act of 1984,
as Amended, 46 U.S.C., App. Section 1701, et seq.

        2.  At all times hereinafter mentioned, plaintiff MAERSK INC., as
agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly
organized and existing under the laws of the State of Delaware with offices and a
place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

        3.  Upon information and belief and at all times hereinafter
mentioned, defendant GTS CARGO, INC.was and still is a corporation organized
and existing under the laws of the State of Florida, with offices and a place of
business at 1760 NW 94th Avenue, Miami, Florida.

        4. Upon information and belief and at all times hereinafter
mentioned, defendant ERICK SEVERI CICALA was and still is a natural person
and resident of the State of Florida, residing at the address of the corporate

defendant, and is a principal of the corporate defendant.

5. Upon information and belief and at all times hereinafter mentioned, defendant OLGA VALDES was and still is a natural person and resident of the State of Florida, resideing at the address of the corporate defendant, and is a principal of the corporate defendant.

<u>AS AND FOR A FIRST CAUSE OF ACTION AGAINST</u>
<u>DEFENDANT GTS CARGO, INC.</u>

6. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-3, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

7. From on or about the dates and at the ports of shipment set forth in Schedule A, goods were delivered to plaintiff for the purpose of having the goods carried on plaintiff's Vessels to the ports of destination, there to be delivered to defendant and or their agents, in consideration of payment by defendant to plaintiff of ocean freight and related charges, calculated pursuant to plaintiff's tariff, all as set forth in Scgedule A, Exhibits A-$N$.

8. Thereafter, the goods were carried by plaintiff and delivered to the defendant and/or their agents.

9. Plaintiff has performed all acts required to be performed by plaintiff..

10. Defendant has failed and refused, and continues to fail and to refuse, to remit the $26,056.00 due, althpough duly demanded.

11. By reason thereof, plaintiff has been damaged in the amount of $26,056.00.

<u>AS AND FOR A SECOND CAUSE OF ACTION AGAINST</u>
<u>DEFENDANT ERICK SEVERI CICALA</u>

12. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-4, and 7-11, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

13.  Upon information and belief, defendant ERICK SEVERI CICALA is a principal of co-defendant GTS CARGO, INC. and is therefore personally liable, and jointly and severally liable, for the charges due, pursuant to Bill of Lading terms making the principals of corporate and/or company defendants individually liable along with the corporation and/or company.

14.  Plaintiff has performed all acts required to be performed by plaintiff.

15.  Defendant has failed and refused, and continues to fail and to refuse, to remit payment of $26,056.00, although duly demanded.

16.  By reason of the foregoing, plaintiff has been damaged in the amount of $26,056.00 .

### AS AND FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANT OLGA VALDES

17. Plaintiff repeats, reiterates and realleges each and every allegation canotaine in Paragraphs 1,2,4, and 7-11, inclusive, with the same force and effect as if fully set forth herein at length.

18. Upon information and belief and at all times hereinafter mentioned, defendant OLGA VALDES is a principal of co-defendant GTS CARGO, INC., and is therefore personally liable, and jointly and severally liable, for the charges due, pursuant to Bill of Lading terms making the principals of corporate and.or company defendants individually liable along with the corporation and/or company.

19. Plaintiff has perfomed all acts required to be performed by plaintiff.

20. defendant has failed and refused, and continues to fail and to refuse, to remit payment of $26,056.00, although duly demanded.

21. By reason of the foregoing, plaintiff has been damaged in the amount of $26,056.00.

WHEREFORE, plaintiff prays:

1. <u>On the First Cause of Action</u> - for judgment in the amount of $26,056.00, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. <u>On the Second Cause of Action</u> - for judgment in the amount of $26,056.00, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

3. On the Third Cause of Action-for judgment in the amount of $26,056.00, together with interest thereon, costs, disbursements, and a reasonable attorney's fee.

4. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

5. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Miami, Florida
      April 24, 2014

James T. Armstrong
Florida Bar No. 299685
jarmstrong@waltonlantaff.com
WALTON LANTAFF SCHROEDER & CARSON
Attorney for Plaintiff
9350 Financial Centre, 10th Floor
9350 South Dixie Highway
Miami, FL 33156
Telephone: 305-671-1300
Fax No.    305-670-7065

Fax No. 305-670-7065

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

SCHEDULE A

1. Bill of Lading 601427919, dated June 8, 2011, from Vitorio Es, Brazil to
   Los Angeles, on the Vessel MAERSK JAKARTA, 1 (one) 20 foot
   container STC: POLISHED NATURAL STONE, at the applicable tariff
   charges of $3,489.00 (Ex. A).

   Amount Paid: $2,184.00          Amount Due: $1,305.00

2. Bill of Lading 601479881, dated June 21, 2011, from Vitori Es, Brazil to
   Los Angeles, on the Vessel MAERSK JEDDAH, 1 (one) 20 foot container
   STC: POLISHED STONE SLABS, at the applicable tariff charges of
   $3,489.00(Ex. B).

   Amount Paid: $0.00          Amount Due: $3,489.00

3. Bill of Lading 601489686, dated June 8, 2011, from Vitorio Es, Brazil to
   Los Angeles, on the Vessel MAERSK JAKARTA, I (one) 20 foot
   container STC: POLISHED GRANITE SLABS, at the applicable tariff
   charges of $3,489.00(Ex. C).

   Amount Paid: $2,184.00          Amount Due: $1,305.00

4. Bill of Lading 601489687, dated June 14, 2011, from Vitorio to Loas
   Angeles, on the Vessel STADT WISMAR, 1 (one) 20 foot container
   STC: POLISHED GRANITE SLABS, at the applicable tariff charges of

$3,489.00 (Ex. D).

Amount Paid: $2,184.00                Amount Due: $1,305.00

5.  Bill of Lading 601489688, dated June 14, 2011, Vitorio to Los Angeles, on the Vessel STADT WISMAR, I (one) 20 foot container STC: POLISHED GRANITE SLABS, at the applicable tariff charges of $3,489.00( Ex. E).

Amount Paid: $2,184.00                Amount Due: $1,305.00

6.  Bill of Lading 601489689, dated June 21, 2011, from Vitorio to Los Angeles, on the Vessel MAERSK JEDDAH, 1 (one) 20 foot container STC: POLISHED GRANITE SLABS, at the applicable tariff charges of $3,489.00(Ex.F).

Amount Paid: $0.00                Amount Due: $3,489.00

7.  Bill of Lading 601536778, dated July 14, 2011, from vitorio to Los Angeles, on the Vessel MAERSK JAIPUR, 1 (one) 20 foot container STC: POLISHED SLABS, at the applicable tariff charges of $3,489.00(Ex. G)

Amount Paid: $2,184.00                Amount Due: $1,305.00

8.  Bill of Lading 601742421, dated December 24, 2011, Vitorio to Los Angeles, on the Vessel MAERSK JAIPUR, 1 (one) 20 foot container STC: POLISHED SLABS IN GRANITE, at the applicable tariff charges of $2,184.00 (Ex. H).

Amount Paid: $0.00                Amount Due: $2,184.00

9.  Bill of Lading 601796394, dated December 3, 2011, Vitorio to Los Angeles, on the Vessel ARIANA, 1 (one) 20 foot container STC: POLISHED SLABS IN GRANITE, at the applicable tariff charges of $2,059.00 (Ex. I).

Amount Paid : $0.00          Amount Due: $2,059.00

10. Bill of lading 601807768, dated December 12, 2012, from Vitorio to Los Angeles, on the Vessel MAERSK JAMBI, 1 (one) 20 foot container STC: POLISHED GRANITE SLABS, at the applicable tariff charges of $2,059.00 (Ex. J).

Amount Paid: $0.00          Amount Due: $2,059.00

11. Bill of Lading 601818102, dated December 12, 2011, from Vitorio to Los Angeles, on the Vessel MAERSK JAIPUR, 1 (one) 20 foot container STC: POLISHED ORNAMENTAL STONES, at the applicable tariff charges of $2,059.00 (Ex. K).

Amount Paid: $0.00          Amount Due: $2,059.00

12. Bill of Lading 601818103, dated December 12, 2011, from Vitorio to Los Angeles, on the Vessel MAERSK JAIPUR, 1 (one) 20 foot container STC: STONE POLISHED SLABS, at the applicable tariff charges of $2,059.00. improperly noted on the Bill of Lading as $3,489.00 (Ex. L).

Amount Paid: $0.00          Amount Due: $2,059.00

13. Bill of Lading 601827679, dated December 22, 2011, from Vitorio to Los Angeles, on the Vessel MAERSK JAIPUR, 1 (one) 20 foor container STC: POLISHED GRANITE SLABS, at the applicable tariff charges of $2,059.00 (Ex. M)

Amount Paid: $0.00          Amount Due: $2,059.00

14. Bill of Lading 601947662, dated March 20, 2012, from Vitorio to Los Angeles, on the Vessel MAERSK JAIPUR, 1 (one) 20 foot container STC: POLISHED GRANITE SLABS, at the applicable tariff charges of $2,059.00 (Ex. N).

Amount Paid: $1,985.00          Amount Due: $74.00

Total Due: $26,056.00

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 601427919 |

**Shipper**
GTS LOGISTICS LTDA.
CNPJ.: 03965366/0001-93
AV PAULISTA 575 Cj 101/102 -
CEP. 01311-901 - SO PAULO - SP BRAZIL
PH: 55 11 2898-6947

**Booking No.**
601427919

**Export References**                                                    **Svc Contract**

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL USA
PH:(786)953-7851-CT: PAULA VITIELLI
e-mail: paula.vit@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL USA
PH:(786)953-7851-CT: PAULA VITIELLI
e-mail: paula.vit@gtscargo.com

Delivery is made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAKARTA | 1107 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| VITORIA ES,BRAZIL | LOS ANGELES,CA,UNITED STATES | |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7 Package<br><br>68029390 (HS)<br><br>07 BUNDLES TOTAL<br>33 SLABS POLISHED NATURAL STONE NAPOLI 2 CM<br>10 SLABS POLISHED NATURAL STONE SANTA CECILIA AMBER 2 CM<br>08 SLABS POLISHED NATURAL STONE SANTA CECILIA CLASSICO 2 CM<br>24 SLABS POLISHED NATURAL STONE NAPOLI 2 CM<br><br>SHIPPED ON BOARD, DECLARED 'CLEAN' BY SHIPPER<br><br>RE: 11/0497960-001<br>DDE: 2110570705/9<br>NCM: 68.02.93.90<br>INVOICE: 2011-2564 | 23301.000 KGS | 7.892 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatio | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 container | Sao Paulo |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-06-08 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

This transport document has one or more numbered attachments

EXHIBIT "A"

B/L: 601427910       Attachment No.:   1/1

N.W.: 22.846, KGS

FORTUNA /
BRASIL

SAMU2223082  ML-BR0627399  20 DRY 8'6  7 Package  23301.000 KGS  7.892 CBM
Shipper Seal : 627399
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 601479881 |

| Shipper | Booking No. |
|---|---|
| GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 CJ 101/102 -<br>CEP. 01311-901 - S??O PAULO - SP<br>PH: 55 11 2898-6947 | 601479881 |

| Export references | Svc Contract |
|---|---|

**Consignee**
GTS CARGO, INC.
1760 NW 74TH, AVENUE
33172 - MIAMI, FL USA
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
GTS CARGO, INC.
1760 NW 74TH, AVENUE
33172 - MIAMI, FL USA
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JEDDAH | 1107 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| VITORIA-ES-BRAZIL | LOS ANGELES,CA,UNITED STATES | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 9 Package<br><br>68029390 (HS)<br>(ONE) 20' DB CNTR WITH POLISHED STONE SLABS, AS FOLLOWS:<br><br>08 BUNDLE(S) AND 01 BOX<br><br>O - KOZMUS LEATHER 03CM  38,51 M2<br>O - KOZMUS POLISHED 02CM  52,96 M2<br>S - DELICATUS (STD) 03CM  84,22 M2<br>S - LAPIDUS F70 02CM  168,24 M2<br>SAMPLES  1,35 M2<br><br>NCM: 6802.93.90<br>QUANT. SLABS: 70 SLABS<br>INVOICE:244/11 / PI# 261/11 REVISION 1<br>DDE: 2110576067/7 | 23481.000 KGS | 8.130 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destination | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Sao Paulo | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-06-21 | Date Issue of Waybill | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

This transport document has one or more numbered attachments.

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

EXHIBIT "C"

RE: 11/0633714-001

N.W.: 22981. KGS

MAGBAN/BRAZIL

MSKU2210212  ML-BR0623632  20 DRY 8'6  9 Package  23481.000 KGS  8.130 CBM
Shipper Seal : 0623632
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 601489686 |

| Shipper | Booking No. |
|---|---|
| GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 CJ 101/102 -<br>CEP. 01311-901 - S??O PAULO - SP<br>PH: 55 11 2898-6947 | 601489686 |

| | Export reference | | Svc Contract |
|---|---|---|---|

| Consignee |
|---|
| GTS CARGO, INC.<br>1760 NW 94TH, AVENUE<br>33172 - MIAMI, FL USA<br>PH:(786)953-7851<br>e-mail: gtsus@gtscargo.com |

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

| Notify Party |
|---|
| GTS CARGO, INC.<br>1760 NW 94TH, AVENUE<br>33172 - MIAMI, FL USA<br>PH:(786)953-7851<br>e-mail: gtsus@gtscargo.com |

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For Account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAKARTA | 1107 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| VITORIA-ES-BRAZIL | LOS ANGELES,CA,UNITED STATES | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 8 Package<br><br>68029390 (HS)<br>(ONE) 20' DB CNTR WITH FIRST QUALITY POLISHED GRANITE SLABS, AS FOLLOWS:<br><br>07 BUNDLE(S) AND 01 BOX<br><br>BORDEAUX RIVER 02CM 174,05 M2<br>BORDEAUX RIVER 03CM 153,6 M2<br>ONE BOX WITH SAMPLES OF GRANITE<br><br>NCM: 6802.93.90<br>QUANT. SLABS: 58 SLABS<br>INVOICE:9177/11<br>DDE: 2110571756/9<br>RE: 11/0628955-001 | 23135.000 KGS | 9.830 CBM |

Above particulars as declared by shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatior | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier | Place of Issue of Waybill |
|---|---|
| 1 container | Sao Paulo |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-06-08 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Signed for the Carrier A R Haller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

This transport document has one or more numbered attachments

EXHIBIT

B/L 601489686   Attachment No. 1/1

N.W.: 22735. KGS

BRAMAGRAN / BRAZIL

MSKU5229633  ML-BR0623905  20 DRY 8'6  8 Package  23135.000 KGS  9.830 CBM
Shipper Seal : MLBR0623905
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC MAEU

B/L No. 601489687

**Shipper**
GTS LOGISTICS LTDA.
CNPJ.: 03965366/0001-93
AV PAULISTA 575 Cj 101/102 -
CEP. 01311-901 - SAO PAULO - SP, BRAZIL
PH: 55 11 2898-6947

Booking No.
601489687

Export references

Svc Contract

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL,U.S.A
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL,U.S.A
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| STADT WISMAR | 1107 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Vitoria | Los Angeles | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 24830.000 KGS | 8.340 CBM |

1 Container Said to Contain 9 Package

68029390 (HS)
(ONE) 20' DB CNTR WITH FIRST QUALITY POLISHED GRANITE SLABS, AS FOLLOWS:
08 BUNDLE(S) AND 01 BOX

BUTTERFLY GREEN 02CM  361,4 M2
BOURDEAUX RIVER 02CM  55,5 M2
ONE BOX WITH SAMPLES OF GRANITE

NCM: 6802.93.90
QUANT. SLABS: 78 SLABS
INVOICE:8844/11
DDE: 2110571763/1
RE: 11/0629104-001

N.W.: 24430. KGS

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatior | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 container | Sao Paulo |

| Shipped on Board Date ( Local Time) | Date Issue of Waybill |
|---|---|
| 2011-06-14 | |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered attachments

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier


EXHIBIT "D".

B/L : 601489687    Attachment No. : 1/1

BRAMAGRAN / BRAZIL

MSKU7002741  ML-NONE  20 DRY 8'6  9 Package  24830.000 KGS  8.340 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

# ★ MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 601489688 |

Shipper
GTS LOGISTICS LTDA.
CNPJ.: 03965366/0001-93
AV PAULISTA 575 Cj 101/102 -
CEP. 01311-901 - S??O PAULO - SP
PH: 55 11 2898-6947

Booking No.
601489688

Export references

Svc Contract

Consignee
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Notify Party
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | |
|---|---|---|
| STADT WISMAR | 1107 | Place of Receipt. Applicable only when document used as Multimodal Waybill |

| Port of Loading | Port of Discharge | |
|---|---|---|
| VITORIA-ESPIRITO SANTO,BRAZIL | LOS ANGELES,CA,UNITED STATES | Place of Delivery. Applicable only when document used as Multimodal Waybill |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 8 Package<br><br>68029390 (HS)<br>(ONE) 20' ST CNTR WITH POLISHED GRANITE SLABS, AS FOLLOWS:<br>8 BUNDLE(S)<br><br>SLABS 2CM 52,413 M2<br>SLABS 2CM 53,398 M2<br>SLABS 2CM 47,942 M2<br>SLABS 2CM 48,264 M2<br>SLABS 2CM 48,424 M2<br>SLABS 2CM 48,277 M2<br>SLABS 3CM 30,802 M2<br>SLABS 3CM 36,141 M2<br><br>RE: 11/0617283-001<br>DE: 2110561181/7 | 24544.000 KGS | 7.982 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destination | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | |
|---|---|---|
| 1 container | Sao Paulo | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-06-14 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda

This transport document has one or more numbered attachments

EXHIBIT "E"

NCM: 6802.93.90
HTS: 6802.93
COMERCIAL INVOICE: 003547/11
PO NUMBER: PR.#2967
QUANT SLABS: 69

N.W.: 23163. KGS
NCM number                    : 68029390

SANTO ANTONIO/BRAZIL

MSKU7072271  MI-NONE  20 DRY 8'6  8 Package  24544.000 KGS  7.982 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges Carrier Security Charge | Rate | Unit Per Container | Currency USD | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC **MAEU**

B/L No. **601489689**

| | |
|---|---|
| Shipper<br>GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 Cj 101/102 -<br>CEP. 01311-901 - S??O PAULO - SP<br>PH: 55 11 2898-6947 | Booking No.<br>601489689 |
| | Export references |
| Consignee<br>GTS CARGO, INC.<br>1760 NW 94TH, AVENUE<br>33172 - MIAMI, FL<br>PH:(786)953-7851<br>e-mail: gtsus@gtscargo.com | This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. |
| Notify Party<br>GTS CARGO, INC.<br>1760 NW 94TH, AVENUE<br>33172 - MIAMI, FL<br>PH:(786)953-7851<br>e-mail: gtsus@gtscargo.com | Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence. |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Vessel<br>MAERSK JEDDAH | Voyage<br>1107 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading<br>Vitoria | Port of Discharge<br>Los Angeles | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 8 Package<br><br>68029390 (HS)<br>(ONE) 20' DV CNTR WITH POLISHED GRANITE SLABS, AS FOLLOWS:<br>8 BUNDLE(S)<br><br>SLABS 3CM 36,876 M2<br>SLABS 2CM 43,817 M2<br>SLABS 2CM 45,050M2<br>SLABS 2CM 45,380 M2<br>SLABS 2CM 45,242 M2<br>SLABS 2CM 49,780 M2<br>SLABS 2CM 50,820 M2<br>SLABS 2CM 49,918 M2<br><br>RE: 11/0616210-001<br>DE: 2110570002/0 | 21645.000 KGS | 7.706 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatior | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| | |
|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Sao Paulo | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2011-06-21 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

*[signature]*

Maersk Brasil (Brasmar) Ltda

As Agent(s) for the Carrier

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

This transport document has one or more numbered attachments

EXHIBIT "

NCM: 6802.93.90
HTS: 6802.93
COMERCIAL INVOICE: 003546/11
PO NUMBER: PR#2966
QUANT SLABS: 80

N.W.: 20562. KGS

SANTO ANTONIO/BRAZIL

PONU0446528  ML-BR0623903  20 DRY 8'6  8 Package  21645.000 KGS  7.706 CBM
Shipper Seal : MLBR0623903
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC MAEU

B/L No. 601536778

| Shipper | Booking No. |
|---|---|
| GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 CJ 101/102 -<br>CEP. 01311-901 - S??O PAULO - SP<br>PH: 55 11 2898-6947 | 601536778 |

Export references — Svc Contract

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL USA
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL USA
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAIPUR | 1109 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| VITORIA -ES- BRAZIL | LOS ANGELES,CA,UNITED STATES | |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 8 Package<br><br>68029390 (HS)<br>01 (ONE) 20?? DRY BOX:<br>08 CRATES CONTAINING 75 POLISHED SLABS, AS FOLLOWS:<br><br>NEW VENETIAN GOLD ?? 2CM ?? 94,451M2<br>NEW VENETIAN GOLD ?? 3CM ?? 33,393M2<br>NEW VENETIAN GOLD ?? 2CM ?? 39,610M2<br>NEW VENETIAN GOLD ?? 2CM ?? 200,687M2<br><br>NCM: 6802.93.90<br>RE: 11/0777579-001<br>DE: 2110709962/5<br><br>N.W.: 23528. KGS | 23928.000 KGS | 7.697 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 1 container | Sao Paulo | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-07-14 | | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

EXHIBIT "__"

**MMB/BR**
**MADE IN BRAZIL**

GLDU2126302  ML-BR0620043   20 DRY 8'6   8 Package   23928.000 KGS   7.697 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
SHIPPER DECLARES THE CARGO TO BE (MADE IN BRAZIL). THIS DECLARATION,
INCLUDING OTHER CARGO DETAILS HAS NOT BEEN VERIFIED BY OR FOR THE CARRIER
WHO SHALL BE WITHOUT ANY RESPONSIBILITY FOR ITS CORRECTNESS - AS PER CLAUSE
14.2 HEREOF
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC MAEU

B/L No. 601742421

| Shipper | Booking No. |
|---|---|
| GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 Cj 101/102 -<br>CEP. 01311-901 - SO PAULO - SP<br>PH: 55 11 2898-6947 | 601742421 |

Export references:

Svc Contract
505764

Consignee
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com, which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

Notify Party
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAIPUR | 1116 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| VITORIA, ES., BRAZIL | Los Angeles | |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 8 Package<br><br>68029390 (HS)<br>08 PACKAGES<br>01 (ONE) 20' DRY BOX:<br>08 BUNDLES CONTAINING 72 POLISHED SLABS IN GRANITE, AS FOLLOWS:<br><br>NAPOLEONE GOLD FIRST 2CM 95,2375 M2<br>LAPIDUS GOLD STANDARD SPECIAL 2CM 85,1400 M2<br>NEW CALEDONIA FIRST 2CM 147,7375 M2<br>NEW CALEDONIA STANDARD 2CM 31,3200 M2<br><br>NCM: 6802.93.9000<br>RE: 11/1258721-001<br>DE: 2111158056/11<br>INVOICE: 2673/11 | 21288.000 KGS | 7.190 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1125.00 | Per Container | USD | | 1125.00 |
| Bunker Adjustment Factor | 385.00 | Per Container | USD | | 385.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinal | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destination | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier | Place of Issue of Waybill |
|---|---|
| 1 container | Sao Paulo |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda

This transport document has one or more numbered attachments

Adriana Alexandre Cabral Cizotti
CPF 169.541.348-12

B/L 601702421                    Attachment No. 1/1

JACIGUA / BRAZIL

GATU0542232  ML-BR0630358  20 DRY 8'6  8 Package  21288.000 KGS  7.190 CBM
Shipper Seal : 024258
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges<br>Carrier Security Charge | Rate<br>9.00 | Unit<br>Per Container | Currency<br>USD | Prepaid | Collect<br>9.00 |
|---|---|---|---|---|---|
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 2184.00 |

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC MAEU |
|---|---|---|
| | | B/L No. 601796394 |

**Shipper**
GTS LOGISTICS LTDA.
CNPJ.: 03965366/0001-93
AV PAULISTA 575 Cj 101/102 -
CEP. 01311-901 - S??O PAULO - SP
PH: 55 11 2898-6947

**Booking No.**
601796394

**Export references**

**Svc Contract**
505764

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** ARIANA | **Voyage** 1202 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| **Port of Loading** VITORIA ES,BRAZIL | **Port of Discharge** LOS ANGELES,CA,UNITED STATES | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 22988.000 KGS | 7.630 CBM |

1 Container Said to Contain 8 Package

68029390 (HS)
08 PACKAGES
01 (ONE) 20' DRY BOX:
08 BUNDLES CONTAINING 79 POLISHED SLABS IN GRANITE, AS FOLLOWS:

NAPOLEONE GOLD STANDARD - 2CM - 238,2675 M2
GREEN TUNAS STANDARD - 2CM - 91,1200 M2
NEW CALEDONIA STANDARD - 2CM - 52,2000 M2

NCM: 6802.93.9000
RE: 11/1396991-001
DE: 2111287818/1
INVOICE: 2672/11

JACIGU?? / BRAZIL

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1195.00 | Per Container | USD | | 1195.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Container | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatio | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier 1 container | Place of Issue of Waybill Sao Paulo | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled " Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time ) 2011-12-03 | Date Issue of Waybill | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

# EXHIBIT

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

MSKU3839107  ML-SA0407561  20 DRY 8'6  8 Package  22988.000 KGS  7.630 CBM
Shipper Seal : 351231
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 2059.00 |

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC MAEU |
|---|---|---|
| | | B/L No. 601807768 |

**Shipper**
GTS LOGISTICS LTDA.
CNPJ.: 03965366/0001-93
AV PAULISTA 575 Cj 101/102 –
CEP. 01311-901 - S??O PAULO - SP
PH: 55 11 2898-6947

**Booking No.**
601807768

**Export references**

**Svc Contract**
505764

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 – MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 – MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAMBI | 1202 | |
| **Port of Loading** VITORIA, ES., BRAZIL | **Port of Discharge** Los Angeles | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 9 Package<br><br>68029390 (HS)<br>01 X 20'DRY BOX HEAVY TESTED CONTAINER 08 CRATES (WOOD) AND 01 BOX WITH POLISHED GRANITE SLABS, AS FOLLOWS:<br><br>15 PIECES OF GRANITE 0,15 X 0,15 - 3,645 FT2<br>42 GRANITE SLABS - STD - 2.0CM - 2.713,596 FT2<br>33 GRANITE SLABS - FIRST - 2.0CM - 1.937,651 FT2<br><br>HTS CODE: 68.02.93<br><br>DE: 2111306724/1<br>RE: 11/1416429-001<br>NCM: 6802.9390<br><br>TRACOMAL/BRAZIL | 25947.000 KGS | 13.104 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1195.00 | Per Container | USD | | 1195.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Handling Charge – Destination | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 1 container | Sao Paulo | |
| **Shipped on Board Date ( Local Time )** 2011-12-12 | **Date Issue of Waybill** | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.R Matler – Maersk trading as Maersk Line

**Maersk Brasil (Brasmar) Ltda**
As Agent(s) for the Carrier

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

This transport document has one or more attachments.



B/L 601807768          Attachment No. :   1/1

KNLU3354992  ML-BR0407497  20 DRY 8'6  9 Package  25947.000 KGS  13.104 CBM
Shipper Seal : 23046
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 2009.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC  MAEU

B/L No. **601818102**

| | |
|---|---|
| **Shipper**<br>GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 Cj 101/102 -<br>CEP. 01311-901 - SO PAULO - SP<br>PH: 55 11 2898-6947 | **Booking No.**<br>601818102 |

**Export references**

Svc Contract
**505764**

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel<br>MAERSK JAIPUR | Voyage<br>1202 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading<br>VITORIA, ES., BRAZIL. | Port of Discharge<br>Los Angeles | Place of Delivery. Applicable only when document used as Multimodal Waybill |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 24900.000 KGS | 7.953 CBM |

1 Container Said to Contain 9 Package

68029390 (HS)
01 ONE 20 DRY BOX
08 BUNDLES CONTAINING POLISHED ORNAMENTAL STONES
AND 01 BOX CONTAINING PROMOTIONAL MATERIAL

PO NUMBER 17942
INVOICE 10302
65 SLABS

DE 21113435585
RE 111452858001
NCM 68029390
NET WEIGHT 24500 KG
SHIPPED ON BOARD, DECLARED 'CLEAN' BY SHIPPER

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1195.00 | | Per Container | USD | | 1195.00 |
| Bunker Adjustment Factor | 390.00 | | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destination | 390.00 | | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | | Per Bill of Lading | BRL | 240.00 | |
| Carrier Security Charge | 9.00 | | Per Container | USD | | 9.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Vitoria | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt". |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-22 | Date Issue of Waybill<br>2012-01-04 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

*[signature]*

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

This transport document has one or more numbered pages.



EXHIBIT "K"

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

COUNTRY OF ORIGIN
GOODS ARE WHOLLY PRODUCED AND
MANUFACTURED IN BRAZIL

PONU0508260  ML-BR0407597  20 DRY 8'6  9 Package  24900.000 KGS  7.953 CBM
Shipper Seal : 027706
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
SHIPPER DECLARES THE CARGO TO BE (MANUFACTURED IN BRAZIL). THIS DECLARATION,
INCLUDING OTHER CARGO DETAILS HAS NOT BEEN VERIFIED BY OR FOR THE CARRIER
WHO SHALL BE WITHOUT ANY RESPONSIBILITY FOR ITS CORRECTNESS - AS PER CLAUSE
14.2 HEREOF
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total BRL |  |  | BRL | 756.00 |  |
| Total USD |  |  | USD |  | 2059.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC **MAEU**

B/L No. **601818103**

| | |
|---|---|
| Shipper<br>GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 Cj 101/102 -<br>CEP. 01311-901 - SO PAULO - SP<br>PH: 55 11 2898-6947 | Booking No.<br>601818103 |

Export references                                          Svc Contract

Consignee
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

Notify Party
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel<br>MAERSK JAIPUR | Voyage<br>1202 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading<br>VITORIA, ES., BRAZIL | Port of Discharge<br>LOS ANGELES,CA,UNITED STATES | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 9 Package<br><br>68029390 (HS)<br>01(ONE) 20'DRY BOX CONTAINER WITH NATURAL<br>STONE POLISHED SLABS, AS FOLLOWS:<br>08 PACKAGES CONTAINING 80 SLABS OF GRANITE WITH 448,90 M2<br><br>01 BOX 60 SAMPLES PIECES MEASURING OF 6"x6". THESE ARE FREE TRADE SAMPLES NO COMMERCIAL VALUE    1,20 M2<br><br>PO#K090<br><br>RE: 11/1447695-001<br>DDE: 21113380500<br>NCM: 6802.93.90<br>CODE HTS: 6802.9300 | 26842.000 KGS | 9.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 2425.00 | Per Container | USD | | 2425.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatior | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | | 200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier<br>1 container | Place of Issue of Waybill<br>Vitoria | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-22 | Date Issue of Waybill<br>2011-12-28 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | Signed for the Carrier A.R. Meller - Maersk trading as Maersk Line |

This transport document has one or more numbered pages



Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

EXHIBIT "    "

INVOICE: 0253/11

MADE IN COMRCIO E EXP. DE MRM. E
GRANITOS ITAPOAMA LTDA

IPXU3219414  ML-BR0407393  20 DRY 8'6  9 Package  26842.000 KGS  9.000 CBM
Shipper Seal : INTER-352309
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 3489.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 601827679 |

| | |
|---|---|
| Shipper | Booking No. |
| GTS LOGISTICS LTDA.<br>CNPJ.: 03965366/0001-93<br>AV PAULISTA 575 Cj 101/102 -<br>CEP. 01311-901 - SO PAULO - SP<br>PH: 55 11 2898-6947 | 601827679 |

| Export references | |
|---|---|
| | Svc Contract<br>505764 |

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAIPUR | 1202 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| VITORIA, ES., BRAZIL | LOS ANGELES,CA,UNITED STATES | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 24000.000 KGS | 8.420 CBM |

1 Container Said to Contain 23 Package

68029390 (HS)
(ONE) 20' DB CNTR WITH POLISHED GRANITE SLABS, AS FOLLOWS:
08 BUNDLE(S) AND 15 PACKAGE

DELICATU'S EXTRA 02CM  215,7 M2
GOLDEN SHADOW 02CM  205,23 M2
GRANITE IN SEVERAL COLORS 15X15X2CM  0,34 M2

NCM: 6802.93.90
QUANT. SLABS: 82 SLABS
INVOICE: 2011/332
DE: 2111345088/6
RE: 11/1454605-001

FAVORITA / BRAZIL

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1195.00 | Per Container | USD | | 1195.00 |
| Bunker Adjustment Factor | 390.00 | Per Container | USD | | 390.00 |
| Capatazia | 516.00 | Per Container | BRL | 516.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee - Destinat | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Handling Charge - Destinatior | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Carrier Security Charge | 9.00 | Per Container | USD | | 9.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 container | Vitoria |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-12-22 | 2011-12-28 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier

Adriana Alexandre Cabral Cizotti
CPF: 169.542.248-12

This transport document has one or more numbered pages

EXHIBIT B

MSKU3814813  ML-NONE  20 DRY 8'6  23 Package  24000.000 KGS  8.420 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total BRL | | | BRL | 756.00 | |
| Total USD | | | USD | | 2059.00 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC **MAEU**

B/L No. **601947662**

| Shipper | Booking No. |
|---|---|
| GTS LOGISTICS LTDA. | 601947662 |
| CNPJ.: 03965366/0001-93 | |
| AV PAULISTA 575 Cj 101/102 - | Export references |
| CEP. 01311-901 - SO PAULO - SP | Svc Contract |
| PH: 55 11 2898-6947 | 505764 |

**Consignee**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851-
e-mail: gtsus@gtscargo.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
GTS CARGO, INC.
1760 NW 94TH, AVENUE
33172 - MIAMI, FL
PH:(786)953-7851
e-mail: gtsus@gtscargo.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK JAIPUR | 1205 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| VITORIA, ES., BRAZIL | LOS ANGELES,CA,UNITED STATES | |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 23900.000 KGS | 7.550 CBM |
| 1 Container Said to Contain 9 Package | | |
| 68029390 (HS) | | |
| 01 X 20' DRY BOX, WITH: | | |
| 09 BUNDLES - 67 POLISHED GRANITE SLABS, BEING: | | |
| 21 - 125,79 M2 - KEY WEST GOLD 2CM | | |
| 23 - 134,55 M2 - GIALLO VICENZA 2CM | | |
| 23 - 116,98 M2 - TROPIC GOLD 'STANDARD' 2CM | | |
| PACKING LIST NR. 13004/001-12 | | |
| NCM: 6802.93.9000 | | |
| NALADI: 6802.93 | | |
| DE NR.: 2120228457/4 | | |
| RE NR.: 12/5210532-001 | | |
| ADB | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1080.00 | Per Container | USD | | 1080.00 |
| Capatazia | 722.00 | Per Container | BRL | 722.00 | |
| Submission of Cargo Declarat | 25.00 | Per Bill of Lading | USD | | 25.00 |
| Documentation Fee- Destinati | 50.00 | Per Bill of Lading | USD | | 50.00 |
| Terminal Handling Service- D | 390.00 | Per Container | USD | | 390.00 |
| Documentation Fee - Origin | 240.00 | Per Bill of Lading | BRL | 240.00 | |
| Port Security Service - Export | 10.00 | Per Container | USD | 10.00 | |
| Standard Bunker Adjustment | 505.00 | Per Container | USD | | 505.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier | Place of Issue of Waybill |
|---|---|
| 1 container | Sao Paulo |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| 2012-03-20 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Brasil (Brasmar) Ltda
As Agent(s) for the Carrier



EXHIBIT N

B/L: 601947662   Page: 2

CLHU2734772  ML-BR0630191  20 DRY 8'6  9 Package  23900.000 KGS  7.550 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT COLLECT
Shipper provided HS code : 68029390
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | | 9.00 |
| Total BRL | | | BRL | 962.00 | |
| Total USD | | | USD | 10.00 | 2059.00 |